IN THE UNITED STATES COURT FOR THE DISTRICT OF UTAH

NORTHERN DIVISION

| | |
|---|---|
| EDIZONE, L.C., <br><br>  Plaintiff, <br><br> vs. <br><br> CLOUD NINE, et al., <br><br>  Defendants. <br> _____ <br><br> CLOUD NINE, et al., <br><br>  Counterclaim-Plaintiffs and Third-Party Plaintiffs, <br><br> vs. <br><br> EDIZONE, L.C., <br><br>  Counterclaim-Defendant, <br><br> and <br><br> TERRY PEARCE, et al., <br><br>  Third-Party Defendants. | MEMORANDUM DECISION AND ORDER DENYING MISCELLANEOUS MOTIONS <br><br><br> Case No. 1:04-CV-117 TS |

1

In anticipation for the trial that was to begin in January 2007, the parties submitted numerous pre-trial motions.[1]  This case has now changed dramatically as a result of the dismissal of Plaintiff's claims against a large group of Defendants.  As a result, it is unclear which, if any, of these motions are still relevant.  Therefore, the Court will deny all of these pre-trial motions without prejudice and allow the parties to re-file them prior to the next trial setting, if appropriate.

It is therefore

ORDERED that the following pretrial motions (Docket Nos. 406, 408, 410, 412, 414, 416, 419, 421, 423, 425, 427, 430, 484, 486, 488, 490, 492, and 494) are denied without prejudice to their later re-filing.

DATED   August 23, 2007.

BY THE COURT:

_____
TED STEWART
United States District Judge

---

[1] Docket Nos. 406, 408, 410, 412, 414, 416, 419, 421, 423, 425, 427, 430, 484, 486, 488, 490, 492, and 494.