IN THE UNITED STATES COURT FOR THE DISTRICT OF UTAH

NORTHERN DIVISION

| | |
|---|---|
| EDIZONE, L.C.,<br><br>    Plaintiff,<br><br>vs.<br><br>CLOUD NINE, et al.,<br><br>    Defendants.<br>_____<br><br>CLOUD NINE, et al.,<br><br>    Counterclaim-Plaintiffs and<br>    Third-Party Plaintiffs,<br><br>vs.<br><br>EDIZONE, L.C.,<br><br>    Counterclaim-Defendant,<br><br>    and<br><br>TERRY PEARCE, et al.,<br><br>    Third-Party Defendants. | MEMORANDUM DECISION AND ORDER DENYING WITHOUT PREJUDICE DEFENDANTS' MOTION IN LIMINE #6<br><br><br><br><br>Case No. 1:04-CV-117 TS |

1

This matter comes before the Court on the CrossGel Defendants' Motion in Limine #6 to Exclude References to Experimentation. In their Motion, Defendants seek to preclude references to experimentation by Plaintiff not directly tied to the '111 Patent and the '527 Patent.

Federal Rule of Evidence 402 provides that "[e]vidence which is not relevant is not admissible." Relevant evidence is defined as "evidence having any tendency to make the existence of any fact that is of consequence to the determination of the action more probable or less probable than it would be without the evidence."[1] Of course, "[t]he standard is not stringent; it is aimed at each 'brick' of evidence potentially making a wall and not every witness 'mak[ing] a home run.'"[2]

Fed.R.Evid. 403 excludes otherwise relevant evidence

> if its probative value is substantially outweighed by the danger of unfair prejudice, confusion of the issues, or delay, waste of time, or needless presentation of cumulative evidence.

The Court is unwilling to make a broad ruling that any discussion of experimentation should be excluded, especially in light of Plaintiff's trade secrets claim. Thus, the Court will deny Defendants' Motion, but this ruling will not prevent Defendants from making appropriate objections during trial.

It is therefore

ORDERED that Defendants' Motion in Limine #6 to Exclude References to Experimentation (Docket No. 816) is DENIED WITHOUT PREJUDICE.

---

[1] Fed.R.Evid. 401.

[2] *United States v. Yazzie*, 188 F.3d 1178, 1189 (10th Cir. 1999) (quoting Fed.R.Evid. 401 advisory committee's note).

DATED   May 22, 2008.

                              BY THE COURT:

                              _____
                              TED STEWART
                              United States District Judge