BERMAN & SAVAGE, P.C.
E. Scott Savage (2865)
Casey K. McGarvey (4882)
170 South Main Street, Suite 500
Salt Lake City, Utah 84101
Telephone: (801) 328-2200

```
                                FILED
                          U.S. DISTRICT COURT

                          2008 MAY 27  P 1: 25

                           DISTRICT OF UTAH

                          BY:_____
                              DEPUTY CLERK
```

Attorneys for Plaintiff, Edizone, LC, and Third Party Defendants
Terry Pearce, Tony Pearce, TCP Family Limited Partnership,
TVGCP, Ltd., and TekSource, LC

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| EDIZONE, LC, | |
|       Plaintiff, | **STIPULATION FOR DISMISSAL** |
| vs. | |
| CLOUD NINE, LLC, et al., | |
|       Defendants. | Case No. 1:04-CV-00117 TS |
| CLOUD NINE, LLC, et al., | Honorable Ted Stewart<br>Magistrate Judge Samuel Alba |
|       Counterclaim-Plaintiffs and<br>      Third-Party Plaintiffs, | |
| vs. | |
| EDIZONE, LC, | |
|       Counterclaim-Defendant, | |
| and | |
| TERRY PEARCE, et al., | |
|       Third-Party Defendants. | |

The parties, by and through their counsel of record, hereby stipulate, agree and jointly move the Court to dismiss all claims and counterclaims, with prejudice, with each party to bear their own costs and attorney's fees.

DATED this 27th day of May, 2008.

BERMAN & SAVAGE, P.C.

By /s/ Casey K. McGarvey
Casey K. McGarvey
Attorneys for Plaintiff, Edizone, LC, and Third Party Defendants Terry Pearce, Tony Pearce, TCP Family Limited Partnership, TVGCP, Ltd., and TekSource, LC


DALTON & KELLY
ZARIAN MIDGLEY
STOEL RIVES LLP

By /s/ Donald L. Dalton
Donald L. Dalton
Attorneys for Defendants